ACCEPTED
03-14-00740-CR
6167399
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 8:14:07 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00740-CR

IN THE
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/22/2015 8:14:07 AM

JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| ARMANDO OCHOA | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 299TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D-1-DC-14-202835

STATE'S BRIEF

**ROSEMARY LEHMBERG**

District Attorney
Travis County, Texas

Rosa Theofanis
Texas Bar No. 24037591
Assistant District Attorney
District Attorney's Office
P.O. Box 1748
Austin, Texas  78767
Phone: 512.854.3626   Fax: 512.854.4810
Email:Rosa.Theofanis@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

**Oral Argument Not Requested**

# TABLE OF CONTENTS

**INDEX OF AUTHORITIES** ......................................................................................... 3

**STATEMENT OF THE CASE** .................................................................................... 5

**STATEMENT OF FACTS** .......................................................................................... 5

**NATURE OF APPEAL** ............................................................................................... 5

**STATE'S RESPONSE TO APPELLANT'S BRIEF** ................................................... 6

      The State agrees that there is no meritorious ground of error and that this appeal is frivolous. ....................................................................................................... 6

**ARGUMENT AND AUTHORITIES** .......................................................................... 6

**PRAYER** ..................................................................................................................... 8

**CERTIFICATE OF COMPLIANCE AND SERVICE** ................................................ 9

# INDEX OF AUTHORITIES

**Cases**

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967).............................................. 5
*Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969) ........................................... 5
*High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978)................................................. 5
*Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346 (1988) ...................................................... 6
*Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991)............................................ 7

**NO. 03-14-00740-CR**

IN THE
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

| ARMANDO OCHOA | § | APPELLANT |
|---|---|---|
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 299TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D-1-DC-14-202835

STATE'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas tenders this response to the brief submitted by the appellant's attorney in this case.

## STATEMENT OF THE CASE

The appellant, Armando Ochoa, was indicted for Assault Family Violence enhanced to a felony by prior convictions. (CR 16-17) The appellant pled not guilty and was tried by a jury. (5 RR 13) The jury found him guilty as charged. (5 RR 98; CR 60) The appellant elected to go to the court for punishment and the court assessed a sentence of fourteen years. (CR 63; CR 68) The appellant filed notice of appeal (CR 72), and the trial court certified his right to appeal. (CR 62)

The appellant filed his second corrected Anders brief on May 12, 2015. Pursuant to two extensions of time to file the brief, the appellee's brief is timely if filed by August 12, 2015.

## STATEMENT OF FACTS

The State has read and reviewed the clerk's and reporter's records. The State submits that the appellant's attorney on appeal has comprehensively summarized the evidence presented at hearing.

## NATURE OF APPEAL

The appellant's counsel has filed a brief which, in the State's opinion, is in accordance with *Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The appellant's counsel has also moved to withdraw as attorney of record.

5

## STATE'S RESPONSE TO APPELLANT'S BRIEF

*The State agrees that there is no meritorious ground of error and that this appeal is frivolous.*

## ARGUMENT AND AUTHORITIES

The State agrees with the appellant that the record does not disclose any meritorious or arguable error upon which this Court may grant relief.

The appellant's attorney has complied with the requirements outlined by *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346 (1988) and *High v. State*, 573 S.W.2d 807, supporting a proper examination of the record. The brief filed by counsel for the appellant provides a thorough discussion of the proceedings contained in the record, and makes references to locate testimony and rulings. Counsel further provides citation to legal authority supporting his discussion. The brief submitted is evidence of counsel's conscientious examination of the record as required by the United States Supreme Court. *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *Penson*, 488 U.S. at 80, 109 S.Ct. at 350. The State agrees with counsel's analysis of the facts and legal issues, and the conclusion that this appeal is frivolous.

The appellant, having been informed of counsel's view that the appeal is without merit, has an opportunity to submit arguments *pro se* to rebut the foregoing conclusions.

6

In the event the appellant files such a *pro se* brief, the State requests a reasonable time to respond by way of supplemental brief. Absent a *pro se* brief by the appellant, or upon the expiration of such time as the court may allow the appellant to file, the State respectfully requests this Honorable Court to determine that this appeal is wholly frivolous and to affirm the appellant's conviction.

If, however, this Court determines that a particular issue needs to be briefed more thoroughly, the State asks the Court to appoint new counsel and to allow the State the opportunity to respond to any further briefing. *See Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the State prays this court to find

that this appeal is frivolous and **affirm** the appellant's conviction.

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Rosa Theofanis*
Rosa Theofanis
Texas Bar No. 24037591
Assistant District Attorney
District Attorney's Office
P.O. Box 1748
Austin, Texas  78767
Phone: 512.854.3626   Fax: 512.854.4810
Email:  Rosa.Theofanis@traviscountytx.gov
          AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this brief contains 435 words, based upon the computer program used to generate this brief and excluding words contained in those parts of the brief that Texas Rule of Appellate Procedure 9.4(i) exempts from inclusion in the word count, and that this brief is printed in a conventional, 14-point typeface.

I further certify that, on the 22nd day of July, 2015, a true and correct copy of this brief was served, by U.S. mail, electronic mail, telephonic document transmission, or electronically through the electronic filing manager, to Appellant's attorney, Alexander L. Calhoun, Attorney at Law, 4301 W. William Cannon Drive, Suite B-150, #260, Austin, Texas 78749, [alcalhoun@earthlink.net].

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney